United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

```
             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION

UNITED STATES OF AMERICA    §   CRIMINAL NO.: 4:25-CR-00002-2
                            §
         v.                 §   HONORABLE DAVID HITTNER
                            §
NICKIE MENDELL,             §
         Defendant.         §
```

### FINAL ORDER OF FORFEITURE

Following the Defendant's plea and based on the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction. It is ORDERED that:

1. The following property is forfeited to the United States of America:

    a. Make: Glock, Model: 22, .40 caliber pistol, SN:BUCN470
    b. Smith and Wesson, .223 caliber rifle, SN:79175
    c. All USC seized from the residence ($67,817)

2. The United States of America is authorized to seize the forfeited property.

3. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant withstanding to contest the forfeiture in the ancillary proceeding.

1

4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property.

5. This forfeiture order shall be made a part of the Defendant's sentence and included in the judgment.

Signed at Houston, Texas, on _Dec 4_, 2025.

_____
Honorable David Hittner
Senior United States District Judge